**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

**DAMARIS L. RODRIGUEZ**,
     *Plaintiff,*

vs.

**HOME DEPOT, INC.,**
     *Defendant.*

Case No.: **CIV-16-1464-F**

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Damaris L. Rodriguez, and Defendant, Home Depot U.S.A., Inc., misnamed herein as Home Depot, Inc. (together, the "Parties") and move to dismiss with prejudice all claims and counterclaims. All matters between the Parties herein have been resolved.

WHEREFORE, the Parties move the Court to enter an Agreed Order of Dismissal with Prejudice as to all claims or counterclaims asserted by any of said Parties, with all costs to be borne by the party incurring same.

Respectfully submitted,

s/Robert J. Wagner
Robert J. Wagner, OBA #16902
Jon J. Gores, OBA #31068
WAGNER & WAGNER, P.C.
4401 N. Classen Blvd., Ste. 100
Oklahoma City, OK 73118-5038
Phone: (405) 521-9499
Fax: (405) 521-8994
rjw@wagnerfirm.com
**ATTORNEYS FOR PLAINTIFF**

s/Brandon D. Kemp
Brandon D. Kemp, OBA #31611
Ogletree, Deakins, Nash,
Smoak & Stewart, P.C.
101 Park Ave., Ste. 1300
Oklahoma City, OK 73102
Phone: (405) 546-3755
Fax: (405) 546-3775
Email:brandon.kemp@ogletree.com
**ATTORNEYS FOR DEFENDANTS**