# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

**DAMARIS L. RODRIGUEZ**,
    *Plaintiff,*

vs.

**HOME DEPOT, INC.**,
    *Defendant.*

Case No.: CIV-16-1464-F

## AGREED ORDER FOR DISMISSAL WITH PREJUDICE

The parties' Joint Motion for Dismissal with Prejudice is **GRANTED**. Plaintiff's claims against Defendant are dismissed with prejudice. Each party shall bear its own costs of court.

IT IS SO ORDERED this 22nd day of May 2017.

*/s/ Stephen P. Friot*
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1464p003.PO.docx